UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

POWERDSINE, LTD.,

                          Plaintiff,

            -against-

TEXAS INSTRUMENTS INCORPORATED,

                          Defendant.

CV 05-3926 (DRH/AKT)

STIPULATION OF DISMISSAL

        IT IS HEREBY STIPULATED by Plaintiff PowerDsine, Ltd. and Defendant Texas

Instruments Incorporated that the Complaint is hereby dismissed with prejudice pursuant to Fed.

R. Civ. P. 41(a)(1), each party to bear its own costs and attorneys' fees.

Dated:  May 25, 2006

CHADBOURNE & PARKE LLP

By _____
Joseph A. Calvaruso (JC-9474)
Walter G. Hanchuk (WH-7096)
Dennis C. Hopkins (DH-3767)
30 Rockefeller Plaza
New York, New York  10112
(212) 408-5100

*Attorneys for Plaintiff*
PowerDsine, Ltd.

Dated:  May 25, 2006

JONES DAY

By _____
Barry R. Satine (BS-8785)
Ilene B. Tannen (IT-9967)
Alex Bokor (AB-0980)
222 East 41st Street
New York, New York 10017
(212) 326-3939

*Attorneys for Defendant*
Texas Instruments Incorporated